JOHN KIRCHGRABER *et al.*

*v.*

THE COVENANT MUTUAL LIFE ASSOCIATION *et al.*

*Opinion filed February 17, 1899.*

This case is controlled by the decision in *Rowell* v. *Covenant Mutual Life Ass.* 176 Ill. 557.

WRIT OF ERROR to the City Court of Mattoon; the Hon. JAMES F. HUGHES, Judge, presiding.

EADS & EADS, and DUNDAS & O'HAIR, for plaintiffs in error.

T. A. MORAN, GEORGE W. WALL, and W. C. CALKINS, for defendants in error.

Per CURIAM: This case involves the same questions which were involved in *Rowell* v. *Covenant Mutual Life Ass.* 176 Ill. 557, in which an opinion was filed dismissing the appeal. The decision in that case is conclusive of the questions involved here, and for the reason stated in the opinion in that case the writ of error will be dismissed.

*Writ dismissed.*